UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                        Case No. 17-CR-190 (PP)

TORONSE CARTER,

Defendant.

---

## COMPETENCY HEARING JOINT STATUS REPORT

---

The United States of America, by United States Attorney Matthew D. Krueger and Assistant United States Attorney Christopher Ladwig, and the defendant through his attorney Craig Powell have coordinated Dr. Sheryl L. Dolezal's appearance for the defendant's continued competency hearing. The hearing is scheduled for Tuesday, June 4, 2019 at 11:00 a.m. and should last no more than 90 minutes.

Respectfully submitted this 7th day of May 2019.

MATTHEW D. KRUEGER
United States Attorney

By:    *s/ Christopher Ladwig*
Christopher Ladwig (WBN 1052024)
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202